UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DION NORMAN and DERRICK ORDOGNE,** Plaintiffs,<br><br>v.<br><br>**JACQUES WEBSTER, II,** professionally known as **TRAVIS SCOTT, et al.,** Defendants | CIVIL ACTION NO: 24-240<br><br>SECTION "O"  DIVISION "5"<br><br>JUDGE:<br>BRANDON LONG<br><br>MAGISTRATE JUDGE:<br>EVA J. DOSSIER |

**MOTION TO DISMISS UNDER
FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) FOR
<u>FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED</u>**

Defendants Sony Music Entertainment, Sony Music Publishing (US) LLC, erroneously sued as Sony Music Publishing, LLC, and Jacques Webster, II, professionally known as Travis Scott, (collectively, "Defendants"), through undersigned counsel, respectfully move the Court to dismiss the Amended Complaint of Plaintiffs, under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted.  In support of their Motion, Defendants submit the following exhibits for the Court's consideration:

Exhibit 1, "Bitches Reply" audio file

Exhibit 2, *It's Jimi / DJ Jimi* copyright registration, SR0000148207

Exhibit 3, Plaintiff's alleged "Bitches Reply" copyright registration, SR0000863597

Exhibit 4, "Stargazing" audio file

Exhibit 5, "Til Further Notice" audio file

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: */s/ Ashley J. Heilprin*

Ashley J. Heilprin, T.A. (La. Bar #34928)
Mary Ellen Roy (La. Bar #14388)
Dan Zimmerman (La. Bar #2202)
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130
ashley.heilprin@phelps.com
roym@phelps.com
dan.zimmerman@phelps.com

Edwin F. McPherson (*pro hac vice* forthcoming)
McPHERSON LLP
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067
Telephone: (310)553-8833
Facsimile: (310)553-9233

**ATTORNEYS FOR DEFENDANTS**
**SONY MUSIC ENTERTAINMENT,**
**SONY MUSIC PUBLISHING (US) LLC,**
**erroneously sued as**
**SONY MUSIC PUBLISHING, LLC, and**
**JACQUES WEBSTER, II,**
**professionally known as TRAVIS SCOTT**