UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DION NORMAN, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-240** |
| **JACQUES WEBSTER, II, ET AL.** | **SECTION "O"** |

### ORDER

Before the Court is a motion[1] to dismiss filed by Sony Music Entertainment, Sony Music Publishing (US) LLC, and Jacques Webster, II ("Defendants"). Defendants seek to dismiss Plaintiffs Dion Norman and Derrick Ordogne's ("Plaintiffs") Second Amended Complaint[2] pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

The Court recently affirmed U. S. Magistrate Judge Dossier's Order[3] for the parties to conduct limited jurisdictional discovery and adopted[4] Magistrate Judge Dossier's Report and Recommendation[5] denying without prejudice Defendants' motion to dismiss the Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(3) for lack of personal jurisdiction and improper venue. The Court ordered Defendants to provide the required jurisdictional discovery on or before February 9, 2026.

---

[1] ECF No. 38.
[2] ECF No. 36.
[3] ECF No. 49.
[4] ECF No. 63.
[5] ECF No. 50.

Accordingly,

**IT IS ORDERED** that Defendants' Rule 12(b)(6) motion[6] to dismiss Plaintiffs' Second Amended Complaint is **DENIED WITHOUT PREJUDICE.** Defendants may re-urge their motion after the deadline to complete the limited jurisdictional discovery has passed.

New Orleans, Louisiana, this 4th day of December, 2025.

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[6] ECF No. 38.