## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DION NORMAN AND DERRICK ORDOGNE, | **NO.: 2:24-cv-00240** |
| Plaintiffs, | **JUDGE BRANDON S. LONG** |
| v. | **MAGISTRATE EVA J. DOSSIER** |
| JACQUES WEBSTER, II, professionally known as TRAVIS SCOTT, LELAND WAYNE, professionally known as METRO BOOMIN, JAMES LITHERLAND, professionally known as JAMES BLAKE, SONY MUSIC PUBLISHING, LLC, and SONY MUSIC HOLDINGS INC, doing business as SONY MUSIC ENTERTAINMENT and/or SONY MUSIC | |
| Defendants. | |

## NOTICE OF VOLUNTARY PARTIAL DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs through their counsel of record, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendants, Leland Wayne, professionally known as Metro Boomin, and James Litherland, professionally known as James Blake, only. Plaintiffs maintain this action and reserve their rights against all other named and unnamed defendants. Defendants have not been served with summons and complaint nor have Defendants served an answer or motion for summary judgment. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice, against Leland Wayne, professionally known as Metro Boomin, and James Litherland, professionally known as James Blake, only. See Fed. R. Civ. P. 41(a)(1)(B).

Respectfully submitted,

 _/s/DASHAWN HAYES_
DaShawn Hayes, #34204
The Hayes Law Firm, PLC
1100 Poydras St., Ste 1530
New Orleans, LA 70163
Phone: 504-799-0374
Fax: 504-799-0375
dphayesesquire@gmail.com
Attorney for Plaintiffs

### CERTIFICATE OF SERVICE

I, DaShawn Hayes, hereby certify that I served the above and foregoing pleading, by causing true and accurate copies of such to be filed and transmitted to all opposing counsel via the Court's CM/ECF electronic filing system, on this 11th day of February 2026.

/s/DASHAWN HAYES

_____
DaShawn Hayes