# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

## TRANSFER ORDER

IT IS ORDERED that the following Section "O" cases are hereby reallotted to Judge Anna St. John, Section "N" of this Court, effective as of the date of this Order.

**Civil:**

| | |
|---|---|
| 24-240 | Norman et al v. Webster et al |
| 24-562 | Washington v. Impastato et al |
| 24-1943 | Lucas v. City of Thibodaux, et al. |
| 24-2752 | Shores et al v. Arden |
| 25-266 | Malaco, Inc. v. Norman et al |
| 25-1062 | Jynes v. Orleans Parish Sheriff's Office, et al. |
| 25-1975 | Smith v. Common House 4 New Orleans, LLC |
| 25-2470 | Pitre, et al. v. Jarreau, et al. |
| 26-261 | Lingle v. Sher Garner Cahill Richter Klein & Hilbert LLC, et al. |

**Criminal:**

| | |
|---|---|
| 26-cr-70 | U.S. v. Hernandez-Castillo |

**IT IS FURTHER ORDERED** that all deadlines and hearings remain in effect unless and until there is an order from Section "N" directing otherwise.

New Orleans, Louisiana this 15th day of April, 2026.

**WENDY B. VITTER, Chief Judge**
**United States District Court**