**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| DION NORMAN AND DERRICK ORDOGNE,<br><br>Plaintiffs,<br>v.<br><br>JACQUES WEBSTER, II, professionally known as TRAVIS SCOTT, LELAND WAYNE, professionally known as METRO BOOMIN, JAMES LITHERLAND, professionally known as JAMES BLAKE, SONY MUSIC PUBLISHING, LLC, and SONY MUSIC HOLDINGS INC, doing business as SONY MUSIC ENTERTAINMENT and/or SONY MUSIC<br><br>Defendants. | **NO.: 2:24-cv-00240**<br><br>**JUDGE ANNA ST. JOHN**<br><br>**MAGISTRATE EVA J. DOSSIER** |

**<u>NOTICE OF VOLUNTARY DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)</u>**

Pursuant to Fed. R. Civ. P. 41, Plaintiffs, DION NORMAN AND DERRICK ORDOGNE notice dismissal of this action. Rule 41(a)(1)(A)(i) provides that a plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." The Defendants have not served an answer or motion for summary judgment in this action. The Plaintiffs accordingly notice voluntary dismissal of this action, without prejudice. See Fed. R. Civ. P. 41(a)(1)(B).

Dated: October 9, 2026

**[SIGNATURE LINE ON NEXT PAGE]**

Respectfully submitted,

/s/DASHAWN HAYES_____________
DaShawn Hayes (LA State Bar #34204)
The Hayes Law Firm, PLC
1100 Poydras St., Ste 1530
New Orleans, LA 70163
PH: 504-799-0374
FAX: 504-799-0375
dphayesesquire@gmail.com
Attorneys for Plaintiff